USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/26/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------
THE TRAVELERS INDEMNITY COMPANY,

                Plaintiff,

-against-

STATE NATIONAL INSURANCE COMPANY
and MARKEL AMERICAN INSURANCE
COMPANY,

                Defendants.
----------------------------------------------------------

22 Civ. 6377 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed case management plan. ECF No. 25. The parties have not provided justification for proposing a deadline for motions to amend pleadings or join additional parties of greater than 30 days. *Id.* ¶ 3. The parties also have not provided justification for proposing a deadline for fact discovery of greater than 120 days. *Id.* ¶¶ 5–6. Accordingly, by **November 1, 2022**, the parties shall either file a letter providing justification for their proposed deadlines, or file a revised case management plan providing 30 days for motions to amend pleadings or join additional parties and 120 days for fact discovery.

    SO ORDERED.

Dated: October 26, 2022
       New York, New York

ANALISA TORRES
United States District Judge