```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/19/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRAVELERS INDEMNITY COMPANY,

               Plaintiff,

-against-

STATE NATIONAL INSURANCE COMPANY
and MARKET AMERICAN INSURANCE
COMPANY,

               Defendants.

22 Civ. 6377 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated July 7 and 14, 2023. ECF Nos. 37–43. Accordingly:

1. The parties' requests to file motions for summary judgment are GRANTED;
2. By **September 5, 2023**, the parties shall file their motions for summary judgment;
3. By **September 26, 2023**, the parties shall file their opposition papers; and
4. By **October 10, 2023**, the parties shall file their replies, if any.

    SO ORDERED.

Dated: July 19, 2023
          New York, New York

                                                  ANALISA TORRES
                                             United States District Judge