UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY,<br><br>                      Plaintiff,<br><br>-against-<br><br>STATE NATIONAL INSURANCE COMPANY, et al.,<br><br>                      Defendants. | 22-cv-6377 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      By August 17, 2023, at 5:00 p.m. ET, each party is hereby ORDERED to file on ECF a letter, not to exceed three (3) pages, specifically addressing the relationship between the New York state court action described in the parties' pre-motion letters on summary judgment ("Underlying Action") and this case. Specifically, the letter shall address whether a stay of this case pending final resolution of the Underlying Action is warranted, including (1) any factual or legal issues that are at issue in the Underlying Action that may also be at issue in the forthcoming summary judgment motions; (2) the potential preclusive effect of the resolution of any issues finally determined in the Underlying Action; (3) the need to adjudicate this case while the Underlying Action remains pending on appeal, including any irreparable harm that may result from waiting for a final resolution of the Underlying Action; and (4) the anticipated time for a final resolution of the Underlying Action.

      SO ORDERED.

Dated: August 11, 2023
       New York, New York

                                                                   ARUN SUBRAMANIAN
                                                                   United States District Judge