UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY,<br><br>                    Plaintiff,<br><br>        -against-<br><br>STATE NATIONAL INSURANCE COMPANY et al.,<br><br>                    Defendant. | 22-cv-6377 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Per the Court's August 21, 2023 order, Dkt. 49, the parties were required to file a status update with the Court no later than **Monday, February 10, 2025**. To date, the parties have not done so. The Court will extend the deadline, *nunc pro tunc*, to **February 28, 2025**.

      SO ORDERED.

Dated: February 25, 2025
      New York, New York

                                                                      ARUN SUBRAMANIAN
                                                            United States District Judge