UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY,<br><br>                          Plaintiff,<br><br>         -against-<br><br>STATE NATIONAL INSURANCE COMPANY, et al.,<br><br>                        Defendants. | 22-CV-6377 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Given that *Dominick Dibrino & Alison Dibrino v. Rockefeller Center North Inc., et al.*, in the Supreme Court of the State of New York, County of Bronx, bearing Index No. 27729/2019E ("the Underlying Action") was decided on December 18, 2025, the parties shall provide the Court with an update concerning the next steps in this case by **Thursday, January 22, 2026**.

SO ORDERED.

Dated: January 8, 2026
      New York, New York

                                                  _____
                                                ARUN SUBRAMANIAN
                                          United States District Judge